IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MELISSA COTTON**                                                            **PLAINTIFF**

v.                        **CASE NO. 4:18-CV-00186 BSM**

**NANCY A. BERRYHILL, Acting Commissioner**
**Social Security Administration**                                        **DEFENDANT**

## ORDER

The proposed findings and recommended disposition [Doc. No. 12] filed by United States Magistrate Judge Joe J. Volpe has been received. No objections have been filed. After careful review of the record, the proposed findings and recommended disposition are hereby adopted in their entirety. Accordingly, the Commissioner's decision is affirmed, and plaintiff Melissa Cotton's complaint [Doc. No. 2] is dismissed with prejudice.

IT IS SO ORDERED this 7th day of September 2018.

_____
UNITED STATES DISTRICT JUDGE